Timothy R. Mulliner (SBN 10692)
**DUANE MORRIS LLP**
100 N. City Parkway, Suite 1560
Las Vegas, NV 89106
Telephone: 702.868.2600
Facsimile: 702.385.6862
Email: trmulliner@duanemorris.com

*Attorneys for defendant Diet Center, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HEATHER MALDONADO, an individual<br><br>    Plaintiff,<br><br>    v.<br><br>DIET CENTER, LLC, a Nevada limited liability company, and DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>    Defendants. | Case No. 2:15-cv-00733-JAD-NJK<br><br>**AMENDED STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Heather Maldonado ("Maldonado") and defendant Diet Center, LLC ("Diet Center" and, together with Maldonado, the "Parties"), through their respective counsel, hereby amend their stipulation filed May 19, 2015 [Doc. 7] (the "Stipulation") to provide the additional information required by LR 6-1(b) per the Court's May 19, 2015 Minute Order [Doc. 8] and re-submit the Stipulation, as amended through the bolded portions below, for the Court's consideration.

The parties hereby stipulate and agree as follows:

1. Maldonado's Complaint was filed on April 21, 2015 [Doc. 1] and served upon Diet Center, along with a summons, on April 28, 2015 [Doc. 6].

2. Diet Center's response to the Complaint is due May 19, 2015.

**3.** The Parties have agreed to extend the deadline for Diet Center's response by 14 days, to June 2, 2015, **in order to facilitate the further exchange of information and documents between the parties before Diet Center is required to incur the expense of**

1
AMENDED STIPULATION AND ORDER FOR EXTENSION OF TIME

**preparing a response to the Complaint, which expense may negatively impact current discussions between counsel regarding a potential resolution of the case.**

4. This is the Parties' first request for an enlargement of time.

5. This request is not made for purposes of delay.

IT IS SO STIPULATED this 21st day of May, 2015.

| DUANE MORRIS LLP | RYAN ALEXANDER, CHTD. |
|---|---|
| By: */s/ Timothy R. Mulliner*<br>Timothy R. Mulliner (SBN 10692)<br>100 N. City Parkway, Suite 1560<br>Las Vegas, NV 89106<br>Telephone: 702.868.2600<br>Facsimile: 702.385.6862 | By: */s/ Ryan Alexander*<br>Ryan Alexander (SBN 10845)<br>3017 W. Charleston Blvd. Ste. 58<br>Las Vegas, NV 89102<br>Telephone: 702.868.3311<br>Facsimile: 702.822.1133 |
| *Attorneys for defendant Diet Center, LLC* | *Attorneys for plaintiff Heather Maldonado* |

**ORDER**

It is so ORDERED this 22nd day of May, 2015.

_____
NANCY J. KOPPE
United States Magistrate Judge