Timothy R. Mulliner (SBN 10692)
**DUANE MORRIS LLP**
100 N. City Parkway, Suite 1560
Las Vegas, NV  89106
Telephone: 702.868.2600
Facsimile:  702.385.6862
Email:  trmulliner@duanemorris.com

*Attorneys for defendant Diet Center, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HEATHER MALDONADO, an individual<br><br>Plaintiff,<br><br>v.<br><br>DIET CENTER, LLC, a Nevada limited liability company, and DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.  2:15-cv-00733-JAD-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**<br><br>**(SECOND REQUEST)** |

Plaintiff Heather Maldonado ("Maldonado") and defendant Diet Center, LLC ("Diet Center" and, together with Maldonado, the "Parties"), through their respective counsel, hereby submit this stipulation to a second two-week extension of Diet Center's deadline to respond to the Complaint and agree as follows:

1. Maldonado's Complaint was filed on April 21, 2015 [Doc. 1] and served upon Diet Center, along with a summons, on April 28, 2015 [Doc. 6];

2. Diet Center's initial deadline to respond to the Complaint was May 19, 2015, but was extended to June 2, 2015 by the Court's May 22, 2015 Order [Doc. 10] entered on the Parties' first stipulation;

3. The Parties utilized the first extension to exchange information and engage in settlement discussions before incurring the legal expenses required by a response to the Complaint, which the Parties believed would be detrimental to settlement discussions;

4. The Parties believe that a second two-week extension of Diet Center's response deadline will further facilitate settlement discussions and hereby request that the deadline be extended to June 16, 2015 for the purpose of further engaging in those discussions while minimizing legal expenses;

5. The Parties do not anticipate a third request for an extension of this deadline unless settlement is reached, at least in principle, prior to June 16, 2015; and

6. This request is not made for purposes of delay.

IT IS SO STIPULATED this 2nd day of June, 2015.

DUANE MORRIS LLP                                     RYAN ALEXANDER, CHTD.

By:  */s/ Timothy R. Mulliner*                       By:  */s/ Ryan Alexander*
Timothy R. Mulliner (SBN 10692)                      Ryan Alexander (SBN 10845)
100 N. City Parkway, Suite 1560                      3017 W. Charleston Blvd. Ste. 58
Las Vegas, NV  89106                                 Las Vegas, NV  89102
Telephone: 702.868.2600                              Telephone: 702.868.3311
Facsimile:  702.385.6862                             Facsimile:  702.822.1133

*Attorneys for defendant Diet Center, LLC*           *Attorneys for plaintiff Heather Maldonado*

**ORDER**

It is so ORDERED this __3rd__ day of June, 2015.

_____
NANCY J. KOPPE
United States Magistrate Judge