Timothy R. Mulliner (SBN 10692)
Daniel B. Heidtke (SBN 12975)
**DUANE MORRIS LLP**
100 N. City Parkway, Suite 1560
Las Vegas, NV 89106
Telephone: 702.868.2600
Facsimile: 702.385.6862
Email: trmulliner@duanemorris.com
        dbheidtke@duanemorris.com

*Attorneys for Defendant Diet Center, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HEATHER MALDONADO, an individual<br><br>Plaintiff,<br><br>v.<br><br>DIET CENTER, LLC, a Nevada limited liability company, and DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:15-cv-00733-JAD-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), plaintiff Heather Maldonado and defendant Diet Center, LLC, through their respective counsel, hereby stipulate and agree that the above-captioned lawsuit shall be and hereby is dismissed with prejudice pursuant to the terms of a Confidential Settlement Agreement. Each party shall bear its own attorneys' fees and costs.

IT IS SO STIPULATED this 20th day of November, 2015.

| | |
|---|---|
| DUANE MORRIS LLP | RYAN ALEXANDER, CHTD. |
| By: /s/ *Timothy R. Mulliner*<br>Timothy R. Mulliner (SBN 10692)<br>100 N. City Parkway, Suite 1560<br>Las Vegas, NV 89106<br>*Attorneys for defendant Diet Center, LLC* | By: /s/ *Ryan Alexander*<br>Ryan Alexander (SBN 10845)<br>3017 W. Charleston Blvd. Ste. 58<br>Las Vegas, NV 89102<br>*Attorneys for plaintiff Heather Maldonado* |

**ORDER**

Based on the parties' stipulation and good cause appearing, IT IS ORDERED that all claims are dismissed with prejudice, each side to bear its own fees and costs; the Clerk of Court is directed to close this case.

November 20, 2015

_____
Jennifer Dorsey
United States District Judge